United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dorian L. Harris  
    Debtor

Case No. 14-18499-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Stacey      Page 1 of 1      Date Rcvd: Oct 10, 2017  
                             Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13423563         E-mail/Text: ally@ebn.phinsolutions.com Oct 11 2017 01:57:46  
                Ally Financial serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004  
                                                                                                                                                                                    TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2017 at the address(es) listed below:

         CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth of PA, Department of Revenue cmomjian@attorneygeneral.gov  
         DENISE ELIZABETH CARLON    on behalf of Creditor    LSF9 Master Participation Trust bkgroup@kmllawgroup.com  
         JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
         JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc Jeniece@MVRLAW.COM, bonnie@mvrlaw.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Federal National Mortgage Association (FNMA) bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         RONALD G. MCNEIL    on behalf of Debtor Dorian L. Harris r.mcneil1@verizon.net  
         THOMAS I. PULEO    on behalf of Creditor    Caliber Home Loans, Inc., as Servicer for LSF9 Master Participation Trust tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF9 Master Participation Trust pa.bkecf@fedphe.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                TOTAL: 11

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-18499-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Dorian L. Harris
21 Cornell Road
Bala Cynwd PA 19004-2104

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/09/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Ally Financial serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/12/17

Tim McGrath
**CLERK OF THE COURT**