# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Dorian L. Harris  : Chapter 13
 : Bankruptcy No. 14-18499
Debtor(s)  :
 : 11 U.S.C. § 362

LSF9 Master Participation Trust

                    Movant

vs.

Dorian L. Harris

                    Debtor(s)

and

William C. Miller, Esquire

                    Trustee
**RESPONDENTS**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE(S)

To the Debtor(s), Trustee, All Creditors and All Other Interested Parties:

Kindly enter the appearance of the undersigned attorney on behalf of secured creditor, LSF9 Master Participation Trust, its successors and/or assigns, in the above-captioned bankruptcy proceeding.

PLEASE TAKE NOTICE that the undersigned attorney requests that he be added to the official mailing matrix in this case, and that copies of all pleadings and other papers, however designated, filed in this case and all notices given or required to be given in this case, be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices including, without limitation, applications, motions, petition, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operation reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise.

Respectfully submitted,

/s/ Sarah K. McCaffery
Sarah K. McCaffery, Esquire
Richard M. Squire & Associates, LLC
115 West Avenue, Suite 104
Dated: 2/21/2018        Jenkintown, PA 19046
(215) 886-8790
(215) 886-8791 (fax)
smccaffery@squirelaw.com (email)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Dorian L. Harris | : Chapter 13 |
| | : Bankruptcy No.14-18499 |
| Debtor(s) | : |
| | : 11 U.S.C. § 362 |

LSF9 Master Participation Trust

                        Movant

vs.

Dorian L. Harris

                        Debtor(s)

and

William C. Miller, Esquire

                        Trustee
                   RESPONDENTS

**CERTIFICATE OF SERVICE**

      I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the entry of appearance and request for notice electronically and/or via First Class Mail, postage prepaid.

Date Served:  2/21/2018

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Ronald G. McNeil, Esquire
McNeil Legal services
1333 Race Street
Philadelphia, PA 19107-1585

Dorian L. Harris
21 Cornell Road
Bala Cynwd, PA 19004-2104

I hereby certify the foregoing to be true and correct under penalty of perjury.

Respectfully submitted,

 /s/ Sarah K. McCaffery
Sarah K. McCaffery, Esquire
Richard M. Squire & Assoc., LLC
One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA 19046
(215) 886-8790 ext. 12
(215) 886-8791 (fax)
SMcCaffery@squirelaw.com (email)