**Fill in this information to identify the case:**

Debtor 1   Dorian L. Harris

Debtor 2   _____
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN  District of PENNSYLVANIA

Case number 14-18499-elf

Official Form 410S1

# Notice of Mortgage Payment Change             12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** LSF9 MASTER PARTICIPATION TRUST

**Court claim no.** (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account: 2159

**Date of payment change:** 4/1/2018
Must be at least 21 days after date of this notice

**New total payment:** $1,910.98
Principal, interest, and escrow, if any

## Part 1:    Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $728.36         New escrow payment: $859.79

## Part 2:    Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:                New interest rate:

   Current principal and interest payment:     New principal and interest payment:

## Part 3:    Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment        New mortgage payment:

Debtor 1 <u>Dorian L. Harris</u>         Case number *(if known)* <u>14-18499-elf</u>
      Print Name   Middle Name   Last Name

### Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Kevin Buttery         Date  03/06/2018
Signature

Print    Kevin Buttery                                                        Title   Authorized Agent for Creditor
    First Name  Middle Name  Last Name

Company   RAS Crane, LLC

Address   10700 Abbott's Bridge Road, Suite 170
    Number  Street

    Duluth  GA  30097
    City    State    ZIP Code

Contact Phone  470-321-7112         Email  kbuttery@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 08, 2018                                                                                                         ,

I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

RONALD G. MCNEIL
MCNEIL LEGAL SERVICES
1333 RACE STREET
PHILADELPHIA, PA  19107-1585

DORIAN L. HARRIS
21 CORNELL ROAD
BALA CYNWD, PA  19004-2104

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA  19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA  19107

 

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/ Winston Dimanche
    Winston Dimanche
    wdimanche@rasflaw.com



**CALIBER HOME LOANS**
Please do not send mail to this address
Caliber Home Loans, Inc.
P.O. Box 619063
Dallas, TX 75261-9063

DORIAN L HARRIS
C/O RONALD G MCNEIL
1333 RACE ST
PHILADELPHIA PA  19107-1556

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

Analysis Date: 02/17/2018

Property Address: 21 CORNELL RD
BALA CYNWYD PA 19004

|  | CURRENT PAYMENT | NEW PAYMENT EFFECTIVE 04/01/2018 |
|---|---|---|
| Principal & Interest | $1,051.19 | $1,051.19 |
| Escrow Deposit | $728.36 | $695.22 |
| Escrow Adjustment | $0.00 | $164.57 |
| **Total Monthly Payment** | **$1,779.55** | **$1,910.98** |

Customer Service: 1-800-401-6587
Mon - Fri, 8:00 a.m. to 7:00 p.m. (CST)
www.caliberhomeloans.com

In accordance with federal guidelines, Caliber Home Loans, Inc. will review your escrow account annually. Certain conditions may require your escrow account to be reviewed more than once in a 12-month period. This statement details your actual escrow account activity since your previous disclosure statement or your initial disclosure and reflects the anticipated activity for the next 12 months.

### ESCROW ACTIVITY FOR THE NEXT 12 MONTH ESCROW CYCLE

| Month | Anticipated Payment | Anticipated Disbursement | Description | Anticipated Balance | Required Balance |
|---|---|---|---|---|---|
|  |  |  | STARTING BALANCE | 688.24 | 4,638.00 |
| Apr 2018 | 695.22 | .00 |  | 1,383.46 | 5,333.22 |
| May 2018 | 695.22 | .00 |  | 2,078.68 | 6,028.44 |
| Jun 2018 | 695.22 | -2,554.19 | HOMEOWNER INS | 219.71 | 4,169.47 |
| Jul 2018 | 695.22 | .00 |  | 914.93 | 4,864.69 |
| Aug 2018 | 695.22 | -4,169.47 | SCHOOL | -2,559.32 * | 1,390.44 ** |
| Sep 2018 | 695.22 | .00 |  | -1,864.10 | 2,085.66 |
| Oct 2018 | 695.22 | .00 |  | -1,168.88 | 2,780.88 |
| Nov 2018 | 695.22 | .00 |  | -473.66 | 3,476.10 |
| Dec 2018 | 695.22 | .00 |  | 221.56 | 4,171.32 |
| Jan 2019 | 695.22 | .00 |  | 916.78 | 4,866.54 |
| Feb 2019 | 695.22 | .00 |  | 1,612.00 | 5,561.76 |
| Mar 2019 | 695.22 | -1,619.00 | CITY/TOWN | 688.22 | 4,637.98 |
| **TOTAL** | **8,342.64** | **-8,342.66** |  |  |  |

### CALCULATION OF ESCROW SHORTAGE

| *Anticipated Low Point Escrow Balance | $ | -2,559.32 |
|---|---|---|
| **Allowable Required Balance | $ | 1,390.44 |
| Total Escrow Shortage | $ | -3,949.76 |
| Monthly Escrow Adjustment (Total divided by 24) | $ | 164.57 |

▼  DETACH COUPON HERE  ▼

---



DORIAN L HARRIS

Please write your loan number on your check and mail to:

CALIBER HOME LOANS
P.O. BOX 650856
DALLAS, TX 75265-0856

### ESCROW SHORTAGE PAYMENT COUPON

| Analysis Date | Loan Number | Shortage Amount |
|---|---|---|
| February 17, 2018 |  | -$3,949.76 |

Your escrow disclosure indicates a shortage of -3,949.76. For your convenience, we have spread this amount over 24 months and included it in your new monthly payment, effective April 1, 2018. However, you may choose to pay it in full and reduce your new monthly payment to $1,746.41. If you choose to pay this shortage in full now, please detach this coupon, and mail it along with your check in the enclosed shortage envelope. After your one time full escrow shortage payment is received your new payment will be adjusted accordingly.

INTERNET REPRINT

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**

DATE ANALYZED: 02/17/2018

## PRIOR 12 MONTH ESCROW HISTORY

This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. The projections from your previous escrow analysis are to the left of the actual payments and disbursements. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. An asterisk (*) indicates a difference in either the amount or date.

When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

| Month of Activity | Anticipated Deposit | Actual Deposit | Anticipated Payment and Description | Actual Payment and Description | | Anticipated Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
| | | | | STARTING BAL. | | .00 | -5,538.26 |
| Apr 2017 | .00 | | .00 | .00 | | .00 | -5,538.26 |
| May 2017 | .00 | 729.34 | .00 | .00 | | .00 | -4,808.92 |
| Jun 2017 | .00 | 729.34 | .00 | -2,554.19 HOMEOWNER INS | * | .00 | -6,633.77 |
| Jul 2017 | .00 | | .00 | .00 | | .00 | -6,633.77 |
| Aug 2017 | .00 | | .00 | -4,169.47 SCHOOL | * | .00 | -10,803.24 |
| Sep 2017 | .00 | | .00 | .00 | | .00 | -10,803.24 |
| Oct 2017 | .00 | | .00 | .00 | | .00 | -10,803.24 |
| Nov 2017 | .00 | 728.36 | .00 | .00 | | .00 | -10,074.88 |
| Dec 2017 | .00 | 1,456.72 | .00 | .00 | | .00 | -8,618.16 |
| Jan 2018 | .00 | | .00 | .00 | | .00 | -8,618.16 |
| Feb 2018 | .00 | 728.36 | .00 | .00 | | .00 | -7,889.80 |
| Mar 2018 | .00 | | .00 | .00 | | .00 | -7,889.80 |

**Notice to Consumers presently in Bankruptcy or who have received a Bankruptcy Discharge:** If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.



## HISTORY OF ACCOUNT
## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

DORIAN L HARRIS

21 CORNELL RD
BALA CYNWYD, PA 19004



Escrow History only reflects Caliber Home Loans Inc. information. Refer to prior servicer for details of prior transactions.

### THIS IS A STATEMENT OF ACTIVITY IN YOUR ESCROW ACCOUNT
### FROM 10/07/2016 TO 03/30/2018

| Date | Charge/ Payment | Comments | Insurance Balance | Tax Balance | Unspecified Balance | Escrow Account Balance |
|---|---|---|---|---|---|---|
| 10/07/2016 | ($3,919.26) | Negative Adjustment | $0.00 | $0.00 | ($3,919.26) | ($3,919.26) |
| 03/16/2017 | ($1,619.00) | Disbursement City/Town/Township | $0.00 | ($1,619.00) | ($3,919.26) | ($5,538.26) |
| 05/02/2017 | $729.34 | Escrow Payment | $0.00 | ($1,619.00) | ($3,189.92) | ($4,808.92) |
| 05/02/2017 | ($729.34) | Escrow Payment Reversal | $0.00 | ($1,619.00) | ($3,919.26) | ($5,538.26) |
| 05/31/2017 | $729.34 | Escrow Payment | $0.00 | ($1,619.00) | ($3,189.92) | ($4,808.92) |
| 06/02/2017 | ($2,554.19) | Disbursement Homeowners Ins / Condo Master | ($2,554.19) | ($1,619.00) | ($3,189.92) | ($7,363.11) |
| 06/30/2017 | $729.34 | Escrow Payment | ($2,554.19) | ($1,619.00) | ($2,460.58) | ($6,633.77) |
| 08/15/2017 | ($4,169.47) | Disbursement School | ($2,554.19) | ($5,788.47) | ($2,460.58) | ($10,803.24) |
| 11/07/2017 | $728.36 | Escrow Payment | ($2,554.19) | ($5,788.47) | ($1,732.22) | ($10,074.88) |
| 12/05/2017 | $728.36 | Escrow Payment | ($2,554.19) | ($5,788.47) | ($1,003.86) | ($9,346.52) |
| 12/08/2017 | ($728.36) | Escrow Payment Reversal | ($2,554.19) | ($5,788.47) | ($1,732.22) | ($10,074.88) |
| 12/18/2017 | $728.36 | Escrow Payment | ($2,554.19) | ($5,788.47) | ($1,003.86) | ($9,346.52) |
| 12/30/2017 | $728.36 | Escrow Payment | ($2,554.19) | ($5,788.47) | ($275.50) | ($8,618.16) |
| 02/08/2018 | $728.36 | Escrow Payment | ($2,554.19) | ($5,335.61) | $0.00 | ($7,889.80) |

| Description | | Amounts |
|---|---|---|
| Insurance Balance | | ($2,554.19) |
| | Homeowner's Ins | ($2,554.19) |
| | Flood | $0.00 |
| | Earthquake | $0.00 |
| | Windstorm | $0.00 |
| | Mortgage Insurance | $0.00 |
| | Undefined | $0.00 |
| Tax Balance | | ($5,335.61) |
| | Assessments | $0.00 |
| | County | $0.00 |
| | City/Town/Township | ($1,166.14) |
| | School | ($4,169.47) |
| | Municipal District | $0.00 |
| | Ground Rent | $0.00 |
| | HOA/Condo Dues | $0.00 |
| | Undefined | $0.00 |
| Unspecified Balance | | $0.00 |
| Overall Balance | | ($7,889.80) |
| Uncollected Escrow Shortage | | $0.00 |
| Escrow Balance Total | | ($7,889.80) |

Should you have any further questions regarding your account please call us toll free at 1-800-772-9760.