# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          §
                                                §     **CASE NO. 14-18499-ELF**
**DORIAN L. HARRIS**                            §
     **DEBTOR**        §
                                                §
                                                §

## AMENDED NOTICE OF ADDRESS CHANGE

Creditor is filing this Amended Notice of Address Change in order to correct the mail code portion of the notice address.

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). PLEASE TAKE NOTICE that the notice address and payment address for the below mentioned Creditor has changed. Please update the case and claims register with the new information outlined below.

| JPMorgan Chase Bank, N.A. | 2-3 | xxxx4127 |
|---|---|---|
| Creditor Name | Court Claim # | Last Four Digits of Acct.# |

**Name and Address where notices should be sent:**
JPMorgan Chase Bank, N.A.
700 Kansas Ln, Mail Code LA4-5555
Monroe, Louisiana 71203
Phone: (866) 289-2717

**Name and Address where payments should be sent:**
Chase
ATTN: HE Payment Processing, Mail Code OH4-7164
3415 Vision Drive
Columbus, Ohio 43219-6009
Phone: (866) 289-2717

Dated: 09/20/2018

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Paul W. Cervenka
Paul W. Cervenka
14841 Dallas Parkway, Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before September 26, 2018 via electronic notice unless otherwise stated:

**Debtor**          *Via U.S. Mail*
Dorian L. Harris
21 Cornell Road
Bala Cynwyd, PA 19004-2104

**Debtors' Attorney**
Ronald G. Mcneil
1333 RACE ST
PHILADELPHIA, PA 19107-1556

**Chapter 13 Trustee**
William C. Miller, Esq.
Chapter 13 Trustee / P.O. Box 1229
Philadelphia, Pennsylvania 19105

/s/ Paul W. Cervenka
_____
Paul W. Cervenka

3400-N-0954