# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-18499-ELF

DORIAN L. HARRIS

21 CORNELL ROAD

BALA CYNWD, PA 19004-2104

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DORIAN L. HARRIS

    21 CORNELL ROAD

    BALA CYNWD, PA 19004-2104

Counsel for debtor(s), by electronic notice only.

    RONALD G MCNEIL, ESQ
    MCNEIL LEGAL SERVICES
    1333 RACE ST
    PHILADELPHIA, PA 191071585

Date: 11/16/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee