IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK. No. 14-18499 ELF |
| DORIAN L. HARRIS | : | |
| A/K/A DORIAN HARRIS | : | Chapter No. 13 |
| Debtors | : | |
| | : | |
| LSF9 MASTER PARTICIPATION TRUST | : | |
| Movant | : | |
| v. | : | 11 U.S.C. §362 |
| DORIAN L. HARRIS | : | |
| A/K/A DORIAN HARRIS | : | |
| Respondents | : | |

**ORDER**

AND NOW, upon consideration of the Motion to Approve Mortgage Loan Modification filed by LSF9 MASTER PARTICIPATION TRUST ("the Motion"), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** that:

1. The Motion is GRANTED.

2. The Debtor is AUTHORIZED to enter into the loan modification transaction as set forth in the Motion and consummation of the transaction SHALL NOT CONSTITUTE a violation of the automatic stay, 11 U.S.C. §362(a).

3. Insofar as the loan modification provides for reinstatement of the loan account and the elimination of the pre-petition arrears, THE TRUSTEE SHALL MAKE NO FURTHER DISTRIBUTION TO THE LENDER on account of the Lender's claim for pre-petition arrears.

4. In all other respects, the confirmed plan remains IN FULL FORCE AND EFFECT and THE TRUSTEE MAY DISTRIBUTE THE PLAN PAYMENTS ON ACCOUNT OF THE OTHER ALLOWED CLAIMS as provided in the plan.

Date: March 5, 2019

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**