United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-18499-elf
Dorian L. Harris                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore            Page 1 of 2            Date Rcvd: Mar 05, 2019
                            Form ID: pdf900            Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2019.
db             Dorian L. Harris,    21 Cornell Road,    Bala Cynwd, PA 19004-2104
cr            +JPMORGAN CHASE BANK, N.A,    700 Kansas Ln, Mail Code LA4-5555,    Monroe, LA 71203-4774
cr            +JPMORGAN CHASE BANK, N.A.,   700 Kansas Ln,   Mail Code LA4-555,    Monroe, LA 71203-4774
cr            +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
cr            +WELLS FARGO BANK, N.A.,    1 HOME CAMPUS,   MAC X2303-01A,    DES MOINES, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 06 2019 03:09:46      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 06 2019 03:09:31
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 06 2019 03:09:45      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 06 2019 03:09:31
                 Commonwealth of PA, Department of Revenue,   Bureau of Compliance,   Department 280946,
                 Harrisburg, PA 17128-0946
cr             +E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 06 2019 03:09:56
                 LSF9 Master Participation Trust, by Caliber Home L,   c/o Caliber Home Loans, Inc,
                 13801 Wireless Way,   Oklahoma City, OK 73134-2500
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2019 03:18:33
                 PRA Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
          CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth of PA, Department of Revenue
           cmomjian@attorneygeneral.gov
          DENISE ELIZABETH CARLON    on behalf of Creditor    LSF9 Master Participation Trust
           bkgroup@kmllawgroup.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
           jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
          JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
           Jeniece@MVRLAW.COM,    bonnie@mvrlaw.com
          JEROME B. BLANK    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Federal National Mortgage Association (FNMA)
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae),
           creditor c/o Seterus, Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor    LSF9 Master Participation Trust kbuttery@rascrane.com
          RONALD G. MCNEIL    on behalf of Debtor Dorian L. Harris r.mcneill@verizon.net
          SARAH K. MCCAFFERY    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home
           Loans, Inc., solely in its capacity as Servicer smccaffery@squirelaw.com
          THOMAS I. PULEO    on behalf of Creditor    Caliber Home Loans, Inc., as Servicer for LSF9 Master
           Participation Trust tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2              Date Rcvd: Mar 05, 2019
                              Form ID: pdf900           Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                        TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK. No. 14-18499 ELF |
| **DORIAN L. HARRIS** | : | |
| **A/K/A DORIAN HARRIS** | : | Chapter No. 13 |
| Debtors | : | |
| | : | |
| **LSF9 MASTER PARTICIPATION TRUST** | : | |
| Movant | : | |
| v. | : | 11 U.S.C. §362 |
| **DORIAN L. HARRIS** | : | |
| **A/K/A DORIAN HARRIS** | : | |
| Respondents | : | |

### ORDER

AND NOW, upon consideration of the Motion to Approve Mortgage Loan Modification filed by LSF9 MASTER PARTICIPATION TRUST ("the Motion"), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** that:

1. The Motion is GRANTED.

2. The Debtor is AUTHORIZED to enter into the loan modification transaction as set forth in the Motion and consummation of the transaction SHALL NOT CONSTITUTE a violation of the automatic stay, 11 U.S.C. §362(a).

3. Insofar as the loan modification provides for reinstatement of the loan account and the elimination of the pre-petition arrears, THE TRUSTEE SHALL MAKE NO FURTHER DISTRIBUTION TO THE LENDER on account of the Lender's claim for pre-petition arrears.

4. In all other respects, the confirmed plan remains IN FULL FORCE AND EFFECT and THE TRUSTEE MAY DISTRIBUTE THE PLAN PAYMENTS ON ACCOUNT OF THE OTHER ALLOWED CLAIMS as provided in the plan.

Date: March 5, 2019

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**