UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Case No.  14 - 18499 |
| Dorian L. Harris | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Eric L. Frank |
| | : | |

## CERTIFICATE OF NO RESPONSE

Pursuant to Local Rule 9014-3(k) of the Federal Rules for Bankruptcy

Procedure for the Eastern District of Pennsylvania, I, Ronald G. McNeil, Esquire,

certify that a true and correct copy of Debtor's Motion to Modify Plan After

Confirmation and its Notice of Motion were served upon all interested parties via

electronic means, via hand delivery and/or via first class postage prepaid on

February 25, 2019, that more than fourteen (14) days have past since the service

of this notice, and that no answer and/or objection has been filed.

Respectfully submitted,

 /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: March 25, 2019
1333 Race Street
Philadelphia, PA  19107-1585
(215) 564 - 3999 (t)
(215) 564 - 3537 (fx)
r.mcneil1@verizon.net