## UNITED STATES BANKRUPTCY COURT
## <u>EASTERN DISTRICT OF PENNSYLVANIA</u>

IN RE:                              :        Chapter 13
    DORIAN L. HARRIS,          :
       Debtor                :        Bky. No.  14-18499 ELF

# <u>O R D E R</u>

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the

Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor's Amended Chapter 13 Plan (Doc. #149 ) is **APPROVED**.


**Date: May 1, 2019**
_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**