United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-18499-elf
Dorian L. Harris                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: May 01, 2019
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.
db         Dorian L. Harris,    21 Cornell Road,    Bala Cynwd, PA   19004-2104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:
        CAROL E. MOMJIAN    on behalf of Creditor   Commonwealth of PA, Department of Revenue cmomjian@attorneygeneral.gov
        DENISE ELIZABETH CARLON    on behalf of Creditor   LSF9 Master Participation Trust bkgroup@kmllawgroup.com
        JASON BRETT SCHWARTZ    on behalf of Creditor   Philadelphia Federal Credit Union jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
        JENIECE D. DAVIS    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
        JEROME B. BLANK    on behalf of Creditor   LSF9 Master Participation Trust paeb@fedphe.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Federal National Mortgage Association (FNMA) bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        KEVIN M. BUTTERY    on behalf of Creditor   LSF9 Master Participation Trust kbuttery@rascrane.com
        RONALD G. MCNEIL    on behalf of Debtor Dorian L. Harris r.mcneill@verizon.net
        SARAH K. MCCAFFERY    on behalf of Creditor   LSF9 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as Servicer smccaffery@squirelaw.com
        THOMAS I. PULEO    on behalf of Creditor   Caliber Home Loans, Inc., as Servicer for LSF9 Master Participation Trust tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor   LSF9 Master Participation Trust paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                                                    TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| DORIAN L. HARRIS, | : | |
| Debtor | : | Bky. No.  14-18499 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #149 ) is **APPROVED**.

**Date: May 1, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**