United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-18499-elf
Dorian L. Harris                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Jun 27, 2019
                              Form ID: pdf900           Total Noticed: 11

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2019.
db             Dorian L. Harris,    21 Cornell Road,    Bala Cynwd, PA 19004-2104
cr            +JPMORGAN CHASE BANK, N.A,    700 Kansas Ln, Mail Code LA4-5555,    Monroe, LA 71203-4774
cr            +JPMORGAN CHASE BANK, N.A.,   700 Kansas Ln,   Mail Code LA4-555,    Monroe, LA 71203-4774
cr            +PNC BANK,   PO BOX 94982,    CLEVELAND, OH 44101-4982
cr            +WELLS FARGO BANK, N.A.,   1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES, IA 50328-0001
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 28 2019 03:13:45      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 28 2019 03:13:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 28 2019 03:13:38     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 28 2019 03:13:34
                 Commonwealth of PA, Department of Revenue,    Bureau of Compliance,    Department 280946,
                 Harrisburg, PA 17128-0946
cr             +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jun 28 2019 03:13:50
                 LSF9 Master Participation Trust, by Caliber Home L,    c/o Caliber Home Loans, Inc,
                 13801 Wireless Way,   Oklahoma City, OK 73134-2500
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 28 2019 03:26:03
                 PRA  Receivables Management LLC,   POB 41067,    Norfolk, VA 23541-1067
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2019 at the address(es) listed below:
         CAROL E. MOMJIAN    on behalf of Creditor   Commonwealth of PA, Department of Revenue
          cmomjian@attorneygeneral.gov
         DENISE ELIZABETH CARLON    on behalf of Creditor    LSF9 Master Participation Trust
          bkgroup@kmllawgroup.com
         JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
          jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
         JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
          Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
          Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
         JEROME B. BLANK    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Federal National Mortgage Association (FNMA)
          bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae),
          creditor c/o Seterus, Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         KEVIN M. BUTTERY    on behalf of Creditor    LSF9 Master Participation Trust kbuttery@rascrane.com
         RONALD G. MCNEIL    on behalf of Debtor Dorian L. Harris r.mcneill@verizon.net
         SARAH K. MCCAFFERY    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home
          Loans, Inc., solely in its capacity as Servicer smccaffery@squirelaw.com
         THOMAS I. PULEO    on behalf of Creditor    Caliber Home Loans, Inc., as Servicer for LSF9 Master
          Participation Trust tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: Stacey              Page 2 of 2            Date Rcvd: Jun 27, 2019
                              Form ID: pdf900           Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                   TOTAL: 14

Case 14-18499-elf    Doc 160    Filed 06/29/19    Entered 06/30/19 00:58:17    Desc
Imaged Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| **DORIAN L. HARRIS,** | : | |
| Debtor | : | Bky. No.   14-18499 ELF |

# O R D E R

**AND NOW,** upon consideration of the Motion to Approve Mortgage Modification ("the Motion") (Doc. # 155) filed by **LSF9 Master Participation Trust** ("the Lender"), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion and to the extent that relief from the automatic stay is necessary for the parties to enter into the transaction, such relief is **GRANTED** to the Lender.

3. Except as provided in Paragraph 4 below, if applicable, the confirmed plan remains **IN FULL FORCE AND EFFECT** and **THE TRUSTEE MAY DISTRIBUTE THE PLAN PAYMENTS** as provided in the plan.

4. If:

    (a) the confirmed chapter 13 plan provides for the cure of prepetition arrears under 11 U.S.C. §1322(b)(5); and

    (b) the loan modification provides for reinstatement of the loan account and the elimination of the pre-petition arrears,

**THE TRUSTEE SHALL MAKE NO FURTHER DISTRIBUTION TO THE LENDER** on account of the Lender's claim for pre-petition arrears under the confirmed chapter 13 plan and shall distribute the plan payments in accordance with the other provisions of the confirmed plan.

**Date: June 26, 2019**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE