# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-18499-ELF

DORIAN L. HARRIS

21 CORNELL ROAD

BALA CYNWD, PA 19004-2104

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DORIAN L. HARRIS

21 CORNELL ROAD

BALA CYNWD, PA 19004-2104

Counsel for debtor(s), by electronic notice only.

RONALD G MCNEIL, ESQ
MCNEIL LEGAL SERVICES
1333 RACE ST
PHILADELPHIA, PA 191071585

                              /S/ William C. Miller

Date: 7/3/2019                          _____

                                 William C. Miller, Esquire
                                 Chapter 13 Standing Trustee