Certificate Number: 15317-PAE-DE-033612472

Bankruptcy Case Number: 14-18499



15317-PAE-DE-033612472

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 28, 2019</u>, at <u>8:42</u> o'clock <u>AM PDT</u>, <u>Dorian L Harris</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>October 28, 2019</u>          By:    <u>/s/Julie Dumlao</u>

                                                               Name:  <u>Julie Dumlao</u>

                                                               Title:   <u>Counselor</u>