United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-18499-elf
Dorian L. Harris                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Stacey              Page 1 of 3              Date Rcvd: Apr 16, 2020
                               Form ID: 138NEW           Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2020.
```
db              Dorian L. Harris,    21 Cornell Road,    Bala Cynwd, PA 19004-2104
cr             +JPMORGAN CHASE BANK, N.A,    700 Kansas Ln, Mail Code LA4-5555,    Monroe, LA 71203-4774
cr             +JPMORGAN CHASE BANK, N.A.,    700 Kansas Ln,   Mail Code LA4-555,    Monroe, LA 71203-4774
cr             +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
cr             +WELLS FARGO BANK, N.A.,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES, IA 50328-0001
13411043        American Express,    Bankruptcy Department,    P.O. Box 981535,    El Paso, TX 79998-1535
13478191        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13411044       +Best Buy,    Bankruptcy Dept,    P.O. Box 9312,    Minneapolis, MN 55440-9312
13411052        Chase,    Attn: HE Payment Processing,    Mail Code OH4-7164,    3415 Vision Drive,
                 Columbus, OH 43219-6009
13436433       +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13411046        Diversified Financial Systems,    9175 W. Melinda Lane,    Peoria, AZ 85382-8353
13606225        Federal National Mortgage Association,    PO BOX 1047,    Hartford, CT 06143-1047
13411047        Federated Department Stores,    Bankruptcy & Credit Services,    9111 Duke Boulevard, Suite 100B,
                 Mason, OH  45040-8909
13411048        Home Depot USA, Inc.,    Bankruptcy Department,    2455 Paces Ferry Road, NW,
                 Atlanta, GA  30339-4024
13885901        LSF9 Master Participation Trust,    c/o Thomas Song, Esq.,    Phelan Hallinan Diamond & Jones LLP,
                 1617 JFK Blvd., Ste. 1400,    One Penn Ctr. Plaza,    Phila., PA 19103
14466158       +LSF9 Master Participation Trust,    C/O ANN E. SWARTZ,    McCabe, Wesberg & Conway, P.C.,
                 123 South Broad Street, Ste. 2080,    Philadelphia, PA 19109-1031
14465345       +LSF9 Master Participation Trust,    c/o McCabe, Weisberg & Conway, LLC,    Suite 1400,
                 123 South Broad Street,    Philadelphia, PA 19109-1060
13411054       +Lower Merion Township,    Township Administration Building,    Office of Town Manager,
                 75 East Lancaster Avenue,    Ardmore, PA 19003-2376
13411056       +Macys Credit Services,    GE Capital Consumer Card Co.,    P.O. Box  8260,    Mason, OH 45040-5260
13411057       +May Dept Stores Central Credit,    Recovery Department,    111 Boulder Industrial Drive,
                 Bridgeton, MO 63044-1241
13423433       +PNC BANK,   N/A,    P O BOX 94982,    CLEVELAND  OHIO 44101-4982
13411062        PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13411059       +Philadelphia Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
13411061        Philadelphia Traffic Court,    Office of the Administrative Judge,    800 Spring Garden Street,
                 Philadelphia, PA 19123-2690
13485100        Ronald G. McNeil, Esquire,    1333 Race Street,    Philadelphia, PA  19107-1585
13411066      ++SUPERIOR CREDIT UNION,    PO BOX 26159,    COLLEGEVILLE PA 19426-0159
               (address filed with court:  Superior Credit Union,     P.O. Box 26159,    100 Cross Keys Road,
                 Collegeville, PA 19426)
13411064        Sallie Mae, Inc.,    ATTN: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,
                 Wilkes-Barre, PA 18773-9430
13411065        Sears, Roebuck & Co.,    Regional Credit Card Operations Center,    P.O. Box 790034,
                 St. Louis, MO  63179-0034
13463955        Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus  X2303-01A,
                 Des Moines, IA 50328-0001
13411068        Wells Fargo Bank, N.A.,    MAC T7425-021,    4101 Wiseman Blvd,    San Antonio, TX 78251-4200
13411069        Wells Fargo Card Services,    Bankruptcy Department,    1 Home Campus, 3rd Floor,
                 Des Moines, IA  50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:00:51      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2020 05:00:36       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2020 04:59:59
                 Commonwealth of PA, Department of Revenue,    Bureau of Compliance,    Department 280946,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 17 2020 05:01:26
                 LSF9 Master Participation Trust, by Caliber Home L,    c/o Caliber Home Loans, Inc,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:03:45
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13431191       +E-mail/Text: g20956@att.com Apr 17 2020 05:01:13      AT&T Mobility II LLC,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
13423563        E-mail/Text: ally@ebn.phinsolutions.com Apr 17 2020 04:58:54
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13411042       +E-mail/Text: ally@ebn.phinsolutions.com Apr 17 2020 04:58:54     Ally Financial, Inc.,
                 Bankruptcy Department,    P.O. Box 130424,    Roseville, MN 55113-0004
13419487        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 17 2020 05:04:05
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
```

```
District/off: 0313-2          User: Stacey                Page 2 of 3         Date Rcvd: Apr 16, 2020
                              Form ID: 138NEW             Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13496747       +E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:00:50
                 CITY OF PHILADELPHIA, LAW DEPARTMENT   TAX UNIT,   MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
13411045        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2020 05:06:10
                 Capital One Financial,   Bankruptcy Department,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
13411049        E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 17 2020 04:59:31     Internal Revenue Service,
                 Bankruptcy Division,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13411051        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 17 2020 05:06:07     JPMorgan Chase & Co,
                 Bankruptcy Department,   200 White Clay Center Drive,   Newark, DE 19711-5466
13411053        E-mail/Text: pslater@langleyfcu.org Apr 17 2020 05:01:09     Langley F.C.U.,   P.O. Box 120128,
                 Newport News, VA 23612-0128
13411055        E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 05:04:41     Lowes Companies, Inc.,
                 ATTN: Bankruptcy,   1000 Lowes Blvd,   Mooresville, NC 28117-8520
13475579        E-mail/PDF: pa_dc_claims@navient.com Apr 17 2020 05:05:00     Navient Solutions, Inc.,
                 Department of Education Loan Services,   P.O. Box 9635,   Wilkes-Barre, PA 18773-9635
13411063        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:05:00
                 Portfolio Recovery Associates, LLC,   Bankruptcy Dept.,   120 Corporate Blvd, Suite 100,
                 Norfolk, VA 23502-4962
13478539        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:03:42
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13411058        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2020 04:59:59
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0496
13411060       +E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:00:50    Philadelphia Law Department,
                 Bankruptcy Unit,   Municipal Services Bldg,   1401 JFK Blvd, Room 508,
                 Philadelphia, PA 19102-1617
13411067        E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Apr 17 2020 05:04:36     T-Mobile USA, Inc.,
                 ATTN: Bankruptcy Department,   P.O. Box 53410,   Belevue, WA 98015-3410
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
13478192*       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13411050*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,   Office of District Counsel,
                 701 Market Street, Suite 2200,   Philadelphia, PA 19106-1533)
13995323*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541)
13427665*      +Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13425861*      +Philadelphia Federal Credit Union,   12800 Townsend Road,   Philadelphia,PA 19154-1095
13485102*       Ronald G. McNeil, Esquire,   1333 Race Street,   Philadelphia, PA 19107-1585
13414630        ##JPMorgan Chase Bank, N.A.,   c/o Five Lakes Agency, Inc.,   P.O. Box 80730,
                 Rochester, MI 48308-0730
                                                                                  TOTALS: 0, * 7, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                  Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: Stacey              Page 3 of 3              Date Rcvd: Apr 16, 2020
                              Form ID: 138NEW           Total Noticed: 52
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:

```
          ANN E. SWARTZ    on behalf of Creditor    LSF9 Master Participation Trust ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth of PA, Department of Revenue
           cmomjian@attorneygeneral.gov
          DENISE ELIZABETH CARLON    on behalf of Creditor    LSF9 Master Participation Trust
           bkgroup@kmllawgroup.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
           jschwartz@mesterschwartz.com
          JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
           Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
          JEROME B. BLANK    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Federal National Mortgage Association (FNMA)
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae),
           creditor c/o Seterus, Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor    LSF9 Master Participation Trust kbuttery@rascrane.com
          RONALD G. MCNEIL    on behalf of Debtor Dorian L. Harris r.mcneil1@verizon.net
          SARAH K. MCCAFFERY    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home
           Loans, Inc., solely in its capacity as Servicer sarah.mccaffery@powerskirn.com
          THOMAS I. PULEO    on behalf of Creditor    Caliber Home Loans, Inc., as Servicer for LSF9 Master
           Participation Trust tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 15
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Dorian L. Harris
       Debtor(s)　　　　　　　　　　　　　　　　　　　Bankruptcy No: 14−18499−elf
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                        Suite 400
                 Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

　　　　　　　　　　　　　　　　　　　　　　　　　　　For The Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Dated: 4/16/20

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　175 − 174
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 138_new